```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

| | | |
|---|---|---|
| IN RE MENTOR CORP. OBTAPE | * | MDL Docket No. 2004 |
| | | 4:08-MD-2004 (CDL) |
| TRANSOBTURATOR SLING PRODUCTS | * | |
| | | Case No. |
| LIABILITY LITIGATION | * | 4:11-cv-5073 (B. COLE) |

O R D E R

Plaintiff Beryl Cole's motion for reconsideration (ECF No. 98) is granted. The Court finds that Dr. Mygatt's affidavit should be considered. Based on Dr. Mygatt's affidavit, the Court finds a genuine fact dispute on Cole's continuing duty to warn claim. The portion of the Court's Order (ECF No. 96) granting summary judgment on that claim is therefore vacated, and summary judgment is denied on Cole's continuing duty to warn claim. All other rulings in the Court's summary judgment order remain unchanged.

IT IS SO ORDERED, this 2nd day of September, 2015.

S/Clay D. Land
CLAY D. LAND
CHIEF U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA